**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.  3:16-CV-685-MOC-DCK**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **REAL PROPERTY located at and near 2548 Remus Road, Charlotte, North Carolina, 28203 and more particularly described in deeds recorded at Book 14802, Pages 637-653 in the Register of Deeds for Mecklenburg County, North Carolina;** | ) ) ) ) ) ) ) | |
| | ) | |
| **and,** | ) | |
| | ) | |
| **THE LEASEHOLD held by BROOKHILL VILLAGE TWO, LLC, located at and near 2548 Remus Road, Charlotte, North Carolina, 28203 and more particularly described in a deed recorded at Book 23703, Pages 602-605, and an assignment and assumption of ground lease recorded at Book 23703, Pages 606-610, in the Register of Deeds for Mecklenburg County, North Carolina,** | ) ) ) ) ) ) ) ) ) ) ) ) | **ORDER** |
| | ) | |
| **Defendants**. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 7) filed by Martin L. Brackett, Jr., concerning Sharon Cohen Levin on November 21, 2016.  Ms. Sharon Cohen Levin seeks to appear as counsel *pro hac vice* for Claimant Brookhill Land, LLC.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 7) is **GRANTED.** Ms. Sharon Cohen Levin is hereby admitted *pro hac vice* to represent Claimant Brookhill Land, LLC.

**SO ORDERED**.

Signed: November 21, 2016

David C. Keesler
United States Magistrate Judge